CLOSED, FRC

# United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: 3:97-cv-02511-JAF

Advanced Cellular Sy v. PR Telephone Co., et al
Assigned to: Chief Judge Jose A Fuste
Demand: $9,999,000
Cause: 15:1 Antitrust Litigation

Date Filed: 10/14/1997
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Advanced Cellular Systems**    represented by    **Jairo A. Mellado-Villarreal**
Mellado & Mellado Villareal
165 Ponce de Leon Ave.
Suite 202
San Juan, PR 00917-1233
787-767-2600
Fax: 787-767-2645
Email: jmellado@mellado.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zuleika Llovet-Zurinaga**
Llovet Zurinaga & Lopez, PSC
Mercantil Plaza Bldg.
2 Ponce de Leon Ave.
Mercantil Plaza Bldg.PH 1616
Hato Rey, PR 00918
787-250-8504
Fax: 787-250-8432
Email: zllovet@llovetlopez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Puerto Rico Telephone Company**    represented by    **Jorge Velazquez-Hernandez**
*PR Telephone Company, Inc.*
Jorge Velazquez Law Firm
PO Box 360847
San Juan, PR 00936-0847
787-789-6036
Email: groo30@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Arroyo-Davila**

Fiddler, Gonzalez & Rodriguez
PO Box 363507
San Juan, PR 00936-3507
787-759-3156
Fax: 787-250-7545
Email: marroyo@fgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Celulares Telefonica de Puerto Rico**       represented by       **Jorge Velazquez-Hernandez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Arroyo-Davila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Puerto Rico Telephone Company**       represented by       **Jorge Velazquez-Hernandez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Arroyo-Davila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Celulares Telefonica de Puerto Rico**       represented by       **Jorge Velazquez-Hernandez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Arroyo-Davila**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Advanced Cellular Systems**       represented by       **Jairo A. Mellado-Villarreal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zuleika Llovet-Zurinaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2006 | 43 | MOTION to Amend/Correct *COMPLAINT AND SUBMITTING FIRST AMENDED COMPLAINT* filed byJairo A. Mellado-Villarreal on behalf of Advanced Cellular Systems, Advanced Cellular Systems Suggestions in opposition/response due by 1/3/2007 (Attachments: # 1 Exhibit 1) (Mellado-Villarreal, Jairo) (Entered: 12/21/2006) |
| 08/23/2006 | 42 | MEMORANDUM OF THE CLERK: Pursuant to the retirement of Senior Judge Gilberto Gierbolini this case has been randomly re-assigned within the Case Assignment System to Chief Judge Jose A. Fuste. All future pleadings shall bear the following initials next to the case number: CIVIL CASE NO. 97-2511 (JAF). Signed by Clerk on 08/23/06. (li) (Entered: 08/23/2006) |
| 04/27/2006 | 41 | INFORMATIVE Motion regarding Status of Proceedings filed byJairo A. Mellado-Villarreal on behalf of Advanced Cellular Systems, Advanced Cellular Systems (Mellado-Villarreal, Jairo) (Entered: 04/27/2006) |
| 09/25/2000 | | CASE REFERRED TO FEDERAL RECORDS CENTER. ACC.021 - 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 Box 11 (yr) (Entered: 09/25/2000) |
| 09/25/2000 | | CASE REFERRED TO FEDERAL RECORDS CENTER. ACC.021 - Box (yr) (Entered: 09/25/2000) |
| 09/21/2000 | | CASE REFERRED TO FEDERAL RECORD CENTER. (yr) (Entered: 09/21/2000) |
| 09/11/2000 | 40 | Informative Motion by Advanced Cellular Sy re: that cnsl Llovet will be out of PR from 11/1/00 to 11/24/00. (su) (Entered: 09/12/2000) |
| 08/28/2000 | | ENDORSED ORDER mooting [39-1] motion to Substitute Attorney Jay Garcia-Gregory for Ricardo F. Casellas (Clerk) (su) (Entered: 08/28/2000) |
| 08/08/2000 | 39 | MOTION by PR Telephone Co., Celulares Telefonica to Substitute Attorney Jay Garcia-Gregory for Ricardo F. Casellas (su) (Entered: 08/11/2000) |
| 11/06/1998 | | Case closed (lm) (Entered: 11/10/1998) |
| 11/06/1998 | 38 | ORDER AND JUDGMENT closing this case as it has been removed to the U.S. Bankruptcy Court. ( signed by Judge Gilberto Gierbolini ) (lm) (Entered: 11/10/1998) |
| 06/15/1998 | | ENDORSED ORDER granting [37-1] motion submitting translated |

| | | |
|---|---|---|
| | | documents ( signed by Judge Gilberto Gierbolini ) (mr) (Entered: 06/17/1998) |
| 06/09/1998 | 37 | MOTION SUBMITTING Certified English Translation of filed Docs. w/attachment by PR Telephone Co. (lm) (Entered: 06/10/1998) |
| 06/05/1998 | | ENDORSED ORDER [36-1] of Informative Motion Noted. (signed by Judge Gilberto Gierbolini ) (lm) (Entered: 06/10/1998) |
| 06/03/1998 | 36 | MOTION SUBMITTING copy of notice of removal filed in Bkcy Court, w/attachment by Advanced Cellular System. (ni) (Entered: 06/04/1998) |
| 05/29/1998 | 35 | MOTION by PR Telephone Co., Celulares Telefonica to Extend Time to submit report of expert witness and to Stay discovery (ni) (Entered: 06/01/1998) |
| 05/26/1998 | 34 | ORDER granting [33-1] motion to Accept Spanish Language Documents by 6/11/98. ( signed by Judge Gilberto Gierbolini ) (ni) (Entered: 05/27/1998) |
| 05/19/1998 | 33 | MOTION by PR Telephone Co., Celulares Telefonica to Accept Spanish Language Documents (re) (Entered: 05/20/1998) |
| 05/19/1998 | 32 | RESPONSE by PR Telephone Co., Celulares Telefonica in opposition to [30-1] motion to Compel disclosure and discovery by Advanced Cellular Sy w/attach. (re) Modified on 05/20/1998 (Entered: 05/20/1998) |
| 05/07/1998 | 31 | RESPONSE by Advanced Cellular Sy in opposition to [23-1] motion seeking leave to amend prior FRCP 12(b)(6) motion and supplemental motion and for stay of discovery by Celulares Telefonica, PR Telephone Co. (ni) (Entered: 05/11/1998) |
| 05/06/1998 | 30 | MOTION by Advanced Cellular to Compel disclosure and discovery w/attach. Response due 5/19/98 . (ni) (Entered: 05/07/1998) |
| 05/04/1998 | 29 | RESPONSE by PR Telephone Co., Celulares Telefonica to [28-1] motion to Extend Time until 5/30/98 to announce and submit report of additional expert witnesses by Advanced Cellular and CROSS-MOTION and to Stay expert designation issues and/or to Extend Time for 30 days to announce and submit experts' report (ni) (Entered: 05/05/1998) |
| 04/30/1998 | 28 | MOTION by Advanced Cellular Sy to Extend Time until 5/30/98 to announce and submit report of additional expert witnesses (ni) (Entered: 05/05/1998) |
| 04/28/1998 | | ENDORSED ORDER [27-1] motion to Extend Time until 5/6/98 to opp. mot. for leave to amend complaint Noted. (Clerk) (il) (Entered: 04/30/1998) |
| 04/23/1998 | 27 | MOTION clarifying motion by Advanced Cellular to Extend Time until 5/6/98 to opp. mot. for leave to amend complaint (ni) (Entered: 04/24/1998) |
| 04/21/1998 | | ENDORSED ORDER granting [26-1] motion to Extend Time to oppose mot for leave to amend prior FRCP 12(B)(6) mot, Response to Motion |

| | | |
|---|---|---|
| | | reset to 4/27/98 for [16-1] supplemental motion to Dismiss ( signed by Judge Gilberto Gierbolini ) (re) (Entered: 04/24/1998) |
| 04/16/1998 | 26 | MOTION by Advanced Cellular Sy to Extend Time to oppose mot for leave to amend prior FRCP 12(B)(6) mot (il) (Entered: 04/17/1998) |
| 04/07/1998 | 25 | ORDER denying [21-1] motion for Temporary Restraining Order, denying [21-2] motion for Preliminary Injunction, etc. (signed by Judge Gilberto Gierbolini ) (ni) (Entered: 04/09/1998) |
| 04/07/1998 | | ENDORSED ORDER mooting [24-1] motion to Accept Spanish Language Documents attached to dkt #22 (Clerk) (ni) (Entered: 04/09/1998) |
| 04/02/1998 | 24 | MOTION by PR Telephone Co., Celulares Telefonica to Accept Spanish Language Documents attached to dkt #22 (ni) (Entered: 04/09/1998) |
| 04/02/1998 | 23 | MOTION by PR Telephone Co., Celulares Telefonica seeking leave to amend prior FRCP 12(b)(6) motion and supplemental motion and for stay of discovery (su) (Entered: 04/03/1998) |
| 04/02/1998 | 22 | RESPONSE by PR Telephone Co., Celulares Telefonica in opposition to [21-1] motion for Temporary Restraining Order by Advanced Cellular Sy, [21-2] motion for Preliminary Injunction by Advanced Cellular Sy (su) (Entered: 04/03/1998) |
| 04/01/1998 | 21 | MOTION by Advanced Cellular Sy for Temporary Restraining Order , and for Preliminary Injunction (su) (Entered: 04/01/1998) |
| 04/01/1998 | 20 | SUR-REPLY by Advanced Cellular Sy to response to [6-1] motion to Dismiss by Celulares Telefonica, PR Telephone Co. (su) (Entered: 04/01/1998) |
| 04/01/1998 | 20 | RESPONSE by Advanced Cellular Sy in opposition to [16-1] supplemental motion to Dismiss by Celulares Telefonica, PR Telephone Co. (su) (Entered: 04/01/1998) |
| 04/01/1998 | 19 | MOTION by Advanced Cellular Sy to Accept Spanish Language Documents (su) (Entered: 04/01/1998) |
| 03/31/1998 | | ENDORSED ORDER granting [18-1] motion to Extend Time until 4/1/98 to oppose suppl. mot. to dismiss, Response to Motion reset to 4/1/98 for [16-1] supplemental motion to Dismiss ( signed by Judge Gilberto Gierbolini ) (su) (Entered: 04/01/1998) |
| 03/26/1998 | 18 | MOTION by Advanced Cellular Sy to Extend Time until 4/1/98 to oppose suppl. mot. to dismiss (ni) (Entered: 03/27/1998) |
| 03/16/1998 | | ENDORSED ORDER granting [17-1] motion to Extend Time until 3/26/98 to opp. suppl. mot. to dismiss and respond to reply to opp. to mot. to dismiss, Response to Motion reset to 3/26/98 for [16-1] supplemental motion to Dismiss and response to reply ( signed by Judge Gilberto Gierbolini ) (ni) (Entered: 03/17/1998) |
| 03/06/1998 | 17 | MOTION by Advanced Cellular to Extend Time until 3/26/98 to opp. |

| | | |
|---|---|---|
| | | suppl. mot. to dismiss and respond to reply to opp. to mot. to dismiss (ni) Modified on 03/17/1998 (Entered: 03/09/1998) |
| 02/20/1998 | 16 | SUPPLEMENTAL MOTION by PR Telephone Co., Celulares Telefonica to Dismiss referring to: [6-1] motion to Dismiss by Telefonica, PR Telephone Co. (ni) (Entered: 03/17/1998) |
| 02/20/1998 | 16 | REPLY by PR Telephone Co., Celulares Telefonica to response to [6-1] motion to Dismiss by Celulares Telefonica, PR Telephone Co. (ni) (Entered: 03/17/1998) |
| 02/20/1998 | | ENDORSED ORDER granting [15-1] motion for Leave to File supplemental mot. to dismisss, granting [15-2] motion to Extend Time until 2/20/98 to file reply to partial mot. to dismiss, Reply to Response to Motion reset to 2/20/98 for [6-1] motion to Dismiss ( signed by Judge Gilberto Gierbolini ) (re) (Entered: 02/28/1998) |
| 02/13/1998 | 15 | MOTION by PR Telephone Co., Celulares Telefonica for Leave to File supplemental mot. to dismisss , and to Extend Time until 2/20/98 to file reply to partial mot. to dismiss (re) Modified on 02/23/1998 (Entered: 02/17/1998) |
| 02/10/1998 | | ENDORSED ORDER granting [14-1] motion for Leave to File reply to pltf's opp to mot. to dismiss, Reply to Response to Motion reset to 2/13/98 for [6-1] motion to Dismiss ( signed by Judge Gilberto Gierbolini ) (re) (Entered: 02/12/1998) |
| 02/03/1998 | 14 | MOTION by PR Telephone Co., Celulares Telefonica for Leave to File reply to pltf's opp to mot. to dismiss (re) (Entered: 02/05/1998) |
| 01/27/1998 | 13 | RESPONSE by Advanced Cellular in opposition to [6-1] motion to Dismiss by Celulares Telefonica, PR Telephone Co. (dy) (Entered: 01/28/1998) |
| 01/14/1998 | | ENDORSED ORDER granting [12-1] consent to jury selection before Magistrate Aida Delgado. ( signed by Judge Gilberto Gierbolini ) (ni) (Entered: 01/20/1998) |
| 01/14/1998 | 12 | CONSENT to proceed before US Magistrate Aida Delgado. For: jury selection by Advanced Cellular Sy, PR Telephone Co., Celulares Telefonica (ni) (Entered: 01/20/1998) |
| 01/14/1998 | 11 | INITIAL SCHEDULING CONFERENCE ORDER. ISC held. Dkt #8 is grtd and deadlines set as follows: setting Discovery cutoff 9/1/98 ; Dispositive motion set 10/20/98; Pretrial Conference for 2:30 12/15/98 ; Jury Selection for 2:00 2/15/99 ; Jury Trial set for 9:30 2/16/99 . ( signed by Judge Gilberto Gierbolini ) (ni) (Entered: 01/20/1998) |
| 01/08/1998 | | Scheduling conference held before Judge Gilberto Gierbolini (ni) (Entered: 01/20/1998) |
| 01/07/1998 | | ENDORSED ORDER granting [7-1] motion to Extend Time until 1/12/98 to ans. counterclaim ( signed by Judge Gilberto Gierbolini ) (ni) (Entered: 01/08/1998) |

| Date | No. | Description |
|---|---|---|
| 12/31/1997 | 10 | JOINT ISC Memorandum filed by parties. (ni) (Entered: 01/07/1998) |
| 12/31/1997 | 9 | ANSWER by Advanced Cellular to [4-2] counter claim by Celulares Telefonica, PR Telephone Co. (ni) (Entered: 01/07/1998) |
| 12/30/1997 | 8 | MOTION by Advanced Cellular to Extend Time until 1/27/98 to opp. mot. to dismiss (ni) (Entered: 01/07/1998) |
| 12/23/1997 | 7 | MOTION by Advanced Cellular Sy to Extend Time until 1/12/98 to ans. counterclaim (ni) (Entered: 12/30/1997) |
| 12/17/1997 | 6 | MOTION by PR Telephone Co., Celulares Telefonica to Dismiss Response due 12/30/97 . (ni) (Entered: 12/18/1997) |
| 12/02/1997 | 5 | ISC ORDER setting Initial Scheduling Conference for 10:00 1/8/98 before Judge Gilberto Gierbolini (Clerk) (ni) (Entered: 12/04/1997) |
| 12/01/1997 | 4 | ANSWER to Complaint and COUNTERCLAIM by PR Telephone Co., Celulares Telefonica (Attorney Mario Arroyo-Davila) against Advanced Cellular (ni) (Entered: 12/02/1997) |
| 11/04/1997 | | ENDORSED ORDER granting [3-1] motion to Extend Time until 12/1/97 to plead, set Answer deadline to 12/1/97 for Celulares Telefonica, for PR Telephone Co. ( signed by Judge Gilberto Gierbolini ) (ni) (Entered: 11/05/1997) |
| 10/31/1997 | 3 | MOTION by PR Telephone Co., Celulares Telefonica to Extend Time until 12/1/97 to plead (ni) (Entered: 11/03/1997) |
| 10/20/1997 | 2 | SUMMONS Returned Executed as to PR Telephone Co. and Celulares Telefonica both thru Rogelio Capestany, Director, on 10/16/97 Answer due on 11/5/97 for PR Telephone Co., for Celulares Telefonica (ni) (Entered: 10/21/1997) |
| 10/14/1997 | | SUMMONS issued for PR Telephone Co., Celulares Telefonica (xi) (Entered: 10/16/1997) |
| 10/14/1997 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 89108 (xi) (Entered: 10/16/1997) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/03/2007 08:29:06 | | |
| **PACER Login:** | fg0020 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:97-cv-02511-JAF |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |