IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCE CELLULAR SYSTEMS, INC.<br><br>    Plaintiff<br><br>v.<br><br>PUERTO RICO TELEPHONE COMPANY, Inc.<br><br>    Defendant | Civil No. 97-2511 (JAF) |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

COME NOW, the Puerto Rico Telephone Company (D/B/A Verizon Wireless), through the undersigned counsel and gives notice:

Undersigned counsel has represented PRTC in these proceedings since the action was instituted in 1997. Because the action remains closed after a final judgment, the CMF system has not recorded the appearance of undersigned counsel. I have not received notice by electronic means of any filings by the parties or other docket entries.

**WHEREFORE**, PRTC requests this court to take notice of the entry of an appearance by undersigned counsel Ricardo F. Casellas as defendant's lead counsel of record.

Respectfully Submitted.

In San Juan, Puerto Rico, this 3rd of January 2007.

CERTIFICATION: Today we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff-debtor's counsel Carmen Conde, Esq and Jairo Mellado, Esq..

**FIDDLER, GONZALEZ & RODRIGUEZ, P.S.C.**

ATTORNEYS OF DEFENDANT
P.O. BOX 363507
SAN JUAN PR 00936-3507
TEL. (787) 753-3113/787-759-3187
FAX (787) 787-759-3109
e-filing@fgrlaw.com
By: S/ Ricardo F. Casellas, Esq.
Ricardo F. Casellas, USDC-PR 203114
rcasella@fgrlaw.com

-2-