IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED CELLULAR SYSTEMS, CORP.<br><br>  Plaintiff<br><br>v.<br><br>PUERTO RICO TELEPHONE COMPANY; CELULARES TELEFONICA<br><br>  Defendants | Civil No. 97-2511 (JAF)<br><br>Civil Action: Antitrust Laws; Discriminatory Pricing; Breach of Contract; Tort; Collection of Monies<br><br>Jury Trial Demanded |

**MOTION REQUESTING EXTENSION OF TIME TO FILE REPLY TO RESPONSE IN OPPOSITION TO** *ACS' REQUEST FOR AUTHORIZATION TO AMEND COMPLAINT*

TO THE HONORABLE COURT:

    Comes now plaintiff Advanced Cellular Systems, Corp. ("ACS"), through the undersigned attorneys and respectfully states and prays as follows:

    1.    On January 3, 2007, Puerto Rico Telephone Company (PRTC) filed a response[1] in opposition to *ACS' Request for Authorization to Amend Complaint.*

    2.    In its opposition PRTC presents various arguments that must be properly addressed by ACS. Notwithstanding, the period of seven (7) days to file a reply to PRTC's Opposition expires today.

    3.    The appearing attorney for ACS received PRTC's response while away on vacation. Therefore, ACS needs more time to properly prepare its reply to PRTC's allegations.

    4.    Hence, ACS requests an extension of time of five (5) business days - to expire on January 23, 2007 - to present its reply to PRTC's response in opposition to *ACS' Request for Authorization to Amend the Complaint.*

---

[1] Docket 44.

WHEREFORE, ACS respectfully requests that this Honorable Court grant it an extension of time of five (5) business days; to expire on January 23th, 2007, to file ACS' reply to PRTC's opposition to amend the original complaint.

I hereby certify that on January 16th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Ricardo F. Casellas, Esq., Ricardo L. Ortiz Colón, Esq. and Mario Arroyo Dávila.

At San Juan, Puerto Rico, this 16th day of January 2007.

s/ Jairo Mellado-Villarreal
Jairo Mellado-Villarreal, 208112
Attorney for plaintiff Advanced Cellular Systems
MELLADO & MELLADO-VILLARREAL
165 Ponce de León Ave., Suite 202
San Juan, Puerto Rico  00917-1233
Tel. 787-767-2600/Fax 787-767-2645
E-mail jmellado@mellado.com