IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCE CELLULAR SYSTEMS, INC.<br><br>Plaintiff<br><br>v.<br><br>PUERTO RICO TELEPHONE COMPANY, Inc.<br><br><br>Defendant | Civil No. 97-2511 (JAF) |

**MOTION NOTIFYING CHANGE OF ADDRESS**

**TO THE HONORABLE COURT:**

COMES NOW, the defendant Puerto Rico Telephone Company (D/B/A Verizon Wireless), and through its undersigned counsel, informs that lead counsel Ricardo F. Casellas will continue to defend Verizon Wireless in this case with the law firm of Casellas Alcover & Burgos, P.S.C.

WHEREFORE, the court and the parties should take notice.

Respectfully Submitted.

In San Juan, Puerto Rico, this 14th of February 2007.

CERTIFICATION: Today we electronically filed the foregoing with the Clerk of the Court using the CM/ECF

1

system which will send notification of such filing to plaintiff's counsel Zuleika LLovet and Jairo Mellado, Esq.

        CASELLAS ALCOVER & BURGOS, P.S.C.
        Ricardo F. Casellas, Esq.
        USDCT No. 203114
        Counsel of Verizon Wireless
        Suite 1400, Banco Popular Center
        208 Ponce de Leon Avenue
        Hato Rey, Puerto Rico 00918
        P.O. Box 364924
        San Juan, Puerto Rico 00936-4924
        Tel.(787)402-0747
        rcasellas@cabprlaw.com

        s/Ricardo F. Casellas
        USDCT No. 203114

2