IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED CELLULAR SYSTEMS, CORP.<br><br>  Plaintiff<br><br>  v.<br><br>PUERTO RICO TELEPHONE COMPANY; CELULARES TELEFONICA<br><br>  Defendants | Civil No. 97-2511 (JAF)<br><br>Civil Action: Antitrust Laws; Discriminatory Pricing; Breach of Contract; Tort; Collection of Monies<br><br>Jury Trial Demanded |

**-: LEAVE TO FILE SUR-REPLY TO PRTC'S REPLY TO ACS' SUPPLEMENTAL MEMORANDUM IN REPLY TO PRTC'S SUPPLEMENTAL MEMORANDUM IN RESPONSE TO ACS' REQUEST FOR AUTHORIZATION TO AMEND COMPLAINT:-**

TO THE HONORABLE COURT:

Comes now plaintiff, Advanced Cellular Systems Corp. (ACS) through the undersigned attorneys and respectfully states, alleges and prays:

1. On March 9, 2007 Defendant filed a *Reply* to ACS' supplemental memorandum in reply regarding plaintiff's request for authorization to amend the original complaint. **Docket 56.**

2. The aforementioned motion contains one argument that requires a short rebuttal. The remaining arguments have already been addressed by ACS in its supplemental memorandum.[1]

3. Based on the above ACS respectfully requests that this Honorable Court grant it leave to file a *Sur-Reply to PRTC's Reply* to ACS' supplemental memorandum in reply.[2]

---

[1] Docket 55.
[2] Included for the benefit of this Honorable Court as **Exhibit 1**.

WHEREFORE it is respectfully requested from this Honorable Court that it grant ACS leave to file a sur-reply to Defendants' *Reply* to ACS' supplemental memorandum in reply.

I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Ricardo F. Casellas, Esq., Ricardo L. Ortiz Colón, Esq. and Mario Arroyo Dávila and Zuleika Llovet-Zurinaga, Esq.

In San Juan, Puerto Rico, this 16th day of March 2007.

> s/Jairo Mellado-Villarreal
> Jairo Mellado-Villarreal, 208112
> Attorney for Plaintiff
> MELLADO & MELLADO-VILLARREAL
> 165 Ponce de León Ave., Suite 202
> San Juan, Puerto Rico 00917-1233
> Tel. 787-767-2600/Fax 787-767-2645
> E-mail jmellado@mellado.com