IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ADVANCED CELLULAR SYSTEMS CORP.
    Plaintiff

v.                                    CIVIL NO. 97-2511 (GG)

PUERTO RICO TELEPHONE CO., et al
    Defendants

## ORDER AND JUDGMENT

Plaintiff has informed us that on May 29, 1998 it filed a petition under Chapter 11 of the Bankruptcy Court and that on that same date it filed a Notice of Removal under Rule 9027 (a)(2)(B) of the Federal Rules of Bankruptcy. See, Docket entry #36. Rule 9027(c) establishes in its pertinent part that:

> Removal of the claim or cause of action is effected on such filing of a copy of the notice of removal. The parties shall proceed no further in that court unless and until the claim or cause of action is remanded.

WHEREFORE, in view that this case has been removed to the U.S. Bankruptcy Court for the District of Puerto Rico, pursuant to Rule 9027(c) the **Clerk of the Court** is **ORDERED** to close this case for all purposes. Judgment is hereby entered accordingly.

SO ORDERED AND ADJUDGED.

San Juan, Puerto Rico, this 6th day of November, 1998.

GILBERTO GIERBOLINI
Senior U.S. District Judge