IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED CELLULAR SYSTEMS, CORP.<br><br>  Plaintiff<br><br>  v.<br><br>PUERTO RICO TELEPHONE COMPANY; CELULARES TELEFONICA<br><br>  Defendants | Civil No. 97-2511 (JAF)<br><br>Civil Action:  Antitrust Laws; Discriminatory  Pricing; Breach of Contract; Tort; Collection of Monies<br><br>Jury Trial Demanded |

**NOTICE OF APPEARANCE**

Comes now plaintiff, Advanced Cellular Systems Corp. (ACS), through the undersigned attorneys and respectfully states and prays as follows:

It is respectfully requested that an appearance by Odalyse Cedeño-Morales from the law firm of Mellado & Mellado-Villarreal be entered on behalf of ACS for all legal purposes.

WHEREFORE it is respectfully requested that this Honorable Court take notice of appearing counsel and grant this Motion.

I hereby certify that on March 19th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Ricardo F. Casellas, Esq., Ricardo L. Ortiz Colón, Esq. and Mario Arroyo Dávila and Zuleika Llovet-Zurinaga, Esq.

In San Juan, Puerto Rico, this 19th of March, 2007.

>s/Odalyse Cedeño-Morales
>Odalyse Cedeño-Morales, 223103
>Attorney for Plaintiff
>MELLADO & MELLADO-VILLARREAL
>165 Ponce de León Ave., Suite 202
>San Juan, Puerto Rico 00917-1233
>Tel. 787-767-2600/Fax 787-767-2645
>E-mail ocedeno@mellado.com