# United States Court of Appeals
## For the First Circuit

No. 06-1332

IN RE: ADVANCED CELLULAR SYSTEMS, INC.;
ADVANCED PAGING SYSTEMS CORP.,

Debtors.

*02-1908 (SEC)*

------------------------

PUERTO RICO TELEPHONE COMPANY, d/b/a VERIZON WIRELESS,
f/k/a CELULARES TELEFONICA, INC., f/k/a VERIZON WIRELESS
PUERTO RICO, INC.

Creditor, Appellant,

v.

ADVANCED CELLULAR SYSTEMS, INC.;
ADVANCED CELLULAR PAGING SYSTEMS CORP.,

Debtors, Appellees.

*RECEIVED & FILED 2007 MAR 29 PM 3: 41*

------------------------

### JUDGMENT

Entered:  March 28, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated and the case is remanded for further proceedings consistent with the opinion of this date.

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By: _____

Margaret Carter, Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _Calalla_ Date: 3·28·07

[certified copies: Hon. Salvador E. Casellas and Frances de Moran, Clerk]

[cc: Ricardo F. Casellas Sanchez, Esq., Ricardo L. Ortiz-Colon, Esq., Carmen D. Conde Torres, Esq., Nancy Pujals, Esq.]