IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED CELLULAR SYSTEMS, CORP.<br><br>  Plaintiff-Appellant<br><br>  v.<br><br>PUERTO RICO TELEPHONE COMPANY; CELULARES TELEFONICA<br><br>  Defendants-Appellees | Civil No. 97-2511 (JAF)<br><br>Civil Action: Antitrust Laws; Discriminatory Pricing; Breach of Contract; Tort; Collection of Monies<br><br>Jury Trial Demanded |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Comes now plaintiff Advanced Cellular Systems, Corp. ("ACS"), through the undersigned attorneys and respectfully states and prays as follows:

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, plaintiff-appellant **Advanced Cellular Systems Corp.** hereby timely appeals to the United States Court of Appeals for the First Circuit from the Opinion and Order, entered by the U.S. District Court for the District of Puerto Rico (Hon. José Antonio Fusté) on April 18th, 2007 (Docket No. 65).

Notice is also hereby given that on May 2nd, 2007 Appellant ACS filed a *Motion for Reconsideration and/or for Additional Determinations of Facts and of Law and/or Requesting Judgment and Requesting Oral Argument* (Docket 66). To this motion PRTC filed its *Opposition of PRTC to Plaintiff's Motion for Reconsideration* (Docket 67). ACS filed its *Reply to PRTC's Opposition to Plaintiff's Motion for Reconsideration and/or Additional Determinations of Facts and of Law and/or*

*Requesting Judgment and Requesting Oral Argument (Dockets 68-69).* These motions are still pending before this Honorable Court.

Respectfully Submitted.

I hereby certify that on May 17th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Ricardo F. Casellas, Esq., Ricardo L. Ortiz Colón, Esq. and Mario Arroyo Dávila, Esq.

In San Juan, Puerto Rico, this May 17th, 2007.

> s/ Jairo Mellado-Villarreal
> Jairo Mellado-Villarreal, 208112
> Attorney for Appellant Advanced Cellular Systems
> MELLADO & MELLADO-VILLARREAL
> 165 Ponce de León Ave., Suite 202
> San Juan, Puerto Rico  00917-1233
> Tel. 787-767-2600/Fax 787-767-2645
> E-mail jmellado@mellado.com
>
> Zuleika Llovet-Zurinaga
> s/Zuleika Llovet-Zurinaga, 201407
> P.O. Box 366048
> San Juan, PR  00936-6048
> Tel. (787) 250-8504/Fax 250-8432
> E-mail zllovet@llovetlopez.com