UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** June 15, 2007

**DC #:** 97-2511 (JAF)

**APPEAL FEE PAID:** YES  X    NO ____

**CASE CAPTION:** Advanced Cellular Systems  v.  P. R. Telephone Company

**IN FORMA PAUPERIS:** YES ____  NO  X

**MOTIONS PENDING:** YES ____  NO  X

**NOTICE OF APPEAL FILED BY:** Plaintiffs

**APPEAL FROM:** Opinion & Order entered on 04/19/07

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                                       **VOLUMES:**

**Docket Entries**   41,43,44,45,47,52,55,56,60,62,63,64,65,66,67,69,70                 I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk